**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**January 31, 2017**

**Elisabeth A. Shumaker**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

---

IONEL SAMUEL DUMITRASCU,

Petitioner - Appellee,

v.

CRISTINA MIRELA DUMITRASCU,

Respondent - Appellant.

No. 17-5006

---

**ORDER**

---

This matter is before the court on Appellant's "Response to Order of January 19, 2017," in which Appellant authorizes service by email; requests permission to use the court's Electronic Case Filing (ECF) system; and states that she did not receive the court's January 19, 2017 order until January 27, 2017.

Upon consideration, the Response is construed as a motion requesting an extension of time to respond to the court's January 19, 2017 order, and, so construed, the motion is granted. The response to the court's January 19, 2017 order is now due on or before February 10, 2017. Failure to file a timely response will result in the dismissal of this appeal without further notice to the parties for failure to prosecute. *See* 10th Cir. R. 42.1.

Appellant's Response is also construed as a request for leave to use the court's ECF system, and, so construed, the motion is granted as follows:

The court notes that Appellant was previously granted permission to file and receive documents electronically in district court, which means that Appellant may have already completed the steps described below. The court also notes that Appellant does not have an attorney of record in connection with this appeal. If an attorney is representing Appellant in connection with this appeal, then that attorney must file an entry of appearance in this court. All required steps for filing and receiving documents electronically are described below for Appellant's convenience.

First, Appellant must register with the ECF system by following the step-by-step instructions at https://www.ca10.uscourts.gov/clerk/cmecf/docs/v1/registration. Once Appellant has been notified that the registration process is complete, she will be able to file and receive documents electronically. Indeed, ECF registration constitutes consent to be served electronically with all documents that are filed in this matter. Once Appellant has completed the ECF registration process, she will receive pleadings and documents from other parties and the court electronically.

Appellant's computer system must incorporate the most recent release of JAVA software in order to use the ECF system.

Because all documents filed in the ECF system must be in Portable Document Form (PDF) format, Appellant must have access to Adobe Acrobat or some other software capable of working with PDF documents. Access to a scanner may also be necessary to create PDF versions of documents that are not in electronic format. Additional important information regarding electronic filing can be found in the court's

general order governing electronic filing, and the court's CM/ECF User's Manual, which can be found here: https://www.ca10.uscourts.gov/clerk/cmecf/start.

In addition, Appellant must have regular access to an email account to which court documents, such as court orders, will be sent. Once registered through the ECF system, Appellant will only receive electronic notification of court filings; she will no longer be sent hardcopies or emails of court documents. Court documents sent to Appellant through the ECF system will arrive at her email address as a Notice of Docket Activity ("NDA"). The NDA will contain a link to the document being sent to the litigant. The link can be used to access the document only one time. If Appellant does not either print, or download and save, the document the first time she accesses it via the link in the NDA, she must register and pay to access the document via the Public Access to Court Electronic Records ("PACER") system. The court will not provide additional free copies of court orders and pleadings.

Appellant is responsible for keeping the ECF system updated with a current email address at all times. Court documents will be always be sent to the email address contained in the ECF system.

The granting of Appellant's motion for ECF access allows her to file and receive documents in this matter only. If Appellant has other matters in which she wishes to be granted leave to use the ECF system, separate motions will be required in those matters. However, Appellant need only register for ECF and/or PACER once.

Unless and until Appellant registers with ECF and is approved, she will continue to receive court documents and service in traditional email form.

Entered for the Court
ELISABETH A. SHUMAKER, Clerk

by: Lindy Lucero Schaible
Counsel to the Clerk